# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ROBERT M. MUSWAYA, individually, and on behalf of all others similarly situated | § § § § | |
| v. | § § | CIVIL ACTION NO. 4:19-CV-768-SDJ |
| TOYOTA MOTOR CREDIT CORPORATION | § § § | |

### ORDER ON STIPULATION OF DISMISSAL

Plaintiff Robert M. Muswaya and Defendant Toyota Motor Credit Corporation have filed a Stipulation of Dismissal. (Dkt. #7). The Court, having reviewed the Stipulation, hereby **ORDERS** that this case is **DISMISSED with prejudice**, and that the parties shall bear their own costs and attorney fees. The Clerk is instructed to **CLOSE** this civil action.

**So ORDERED and SIGNED this 17th day of December, 2019.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE